IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BILLY J. KAIN, JR.
ADC #83093                                                              PLAINTIFF

v.                      Case No. 1:18-cv-00047-KGB/JJV

MARTY HEARYMAN, Doctor,
North Central Unit, Arkansas Department
of Correction; et al.                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Billy J. Kain, Jr.'s complaint is dismissed without prejudice.

So adjudged this 11th day of February, 2019.

_____
Kristine G. Baker
United States District Judge